**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| LARRY NEWBURN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18CV1744 RLW |
| | ) |
| ST. LOUIS, MO VETERANS AFFAIRS | ) |
| MEDICAL CENTER, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the Motions to Dismiss and for Substitution of the

United States of America as Defendant filed separately by Defendant St. Louis, MO Veterans

Affairs Medical Center and Defendants Dr. Mohammad Qadir and LPN Shautley Ray. (ECF

Nos. 13 & 14, respectively) Plaintiff Larry Newburn has not filed any response to either motion

as of the date of this Memorandum and Order, and the time in which to do so has passed.

Plaintiff's *pro se* Complaint asserts a medical malpractice claim against multiple

defendants related to treatment at the St. Louis, MO Veterans Affairs Medical Center. (ECF No.

1) The United States Attorney for the Eastern District of Missouri has certified that Defendants

Dr. Mohammad Qadir and LPN Shautley Ray were was acting within the scope of their

employment with the St. Louis, MO Veterans Affairs Medical Center at the time of the incident

out of which the suit arises. (ECF No. 14-1) The remaining defendants[1] argue that the St. Louis,

MO Veterans Affairs Medical Center is a division of a federal agency – the Department of

Veterans Affairs – and, accordingly, the Federal Tort Claims Act, 28 U.S.C. §§ 2679(a) and

---

[1] The Court previously dismissed Defendants Keith Repko, Patricia McKelvey, Cheryl
Anderson, Suzzane Blaylock, Jennifer Roberts, Angie Nicholson, and Jock Holmes. (ECF Nos.
4 & 5)

(d)(1) provide that the proper entity for Plaintiff's claim is the United States of America. The Court agrees. Consequently, Defendants St. Louis, MO Veterans Affairs Medical Center, Dr. Mohammad Qadir, and LPN Shautley Ray are dismissed from this case and the United States of America is substituted in its place.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant St. Louis, MO Veterans Affairs Medical Center's Motion to Dismiss and for Substitution of the United States of America as Defendant (ECF No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Dr. Mohammad Qadir and LPN Shautley Ray's Motion to Dismiss and for Substitution of the United States of America as Defendant (ECF No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Larry Newburn's claims against Defendants St. Louis, MO Veterans Affairs Medical Center, Dr. Mohammad Qadir, and LPN Shautley Ray are **DISMISSED with prejudice**, each party to bear its own costs. A separate Order of Partial Dismissal accompanies this Memorandum and Order.

**IT IS FURTHER ORDERED** that the United States of America is substituted as a defendant in this action, and the caption shall be amended accordingly.

**IT IS FINALLY ORDERED** that the Clerk of Court shall mail a copy of this Memorandum Order to Plaintiff via UPS.

The United States of America is reminded of its obligation to answer or otherwise

respond to the Complaint (ECF No. 1) within the time set by the rules.

Dated this /8 day of April, 2020.

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**